1  GEORGE A. ACERO (SBN: 226709)
   TARA J. GILLMAN (SBN: 243077)
2  GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
3  Los Angeles, CA 90071-2007
   Telephone: (213) 576-5000
4  Facsimile: (213) 680-4470

5  Attorneys for Defendant
   TUFF SHED, INC.
6
   JAMES T. CONLEY (SBN: 224174)
7  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Park Tower. Suite 1500
8  695 Town Center Drive
   Costa Mesa, CA 92626
9  Telephone: (714) 800-7900
   Facsimile: (714) 754-1298
10
   Attorneys for Defendant
11 HOME DEPOT, U.S.A., INC. (erroneously
   sued as The Home Depot USA, Inc.)
12
   WILLIAM D. BISHOP, JR. (SBN: 232251)
13 THE BISHOP LAW FIRM
   980 9th St., 16th Floor
14 Sacramento, CA 95814
   Tel: 916-449-9520
15 Fax: 916-446-7104

16 Attorneys for Plaintiff
   ALEJANDRO HERNANDEZ
17

18                    UNITED STATES DISTRICT COURT
19                    EASTERN DISTRICT OF CALIFORNIA
20

21 ALEJANDRO HERNANDEZ,              )  CASE NO. 2:12-cv-00641-JAM-EFB
                                     )
22              Plaintiff,           )  **STIPULATION AND ORDER RE**
                                     )  **DISMISSAL OF ACTION**
23       vs.                         )
                                     )
24 TUFF SHED, INC, THE HOME DEPOT    )
   USA, INC, and DOES 1 through 20, inclusive, )
25                                   )
                Defendants.          ))
26

27       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY

28 STIPULATED, by and between Plaintiff ALEJANDRO HERNANDEZ and Defendants TUFF

- 1 -
STIPULATION AND [PROPSED] ORDER RE DISMISSAL OF ACTION

SHED, INC. and HOME DEPOT U.S.A., INC., by and through their respective counsel of record, that the entire above-captioned action is dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

    IT IS FURTHER STIPULATED that the parties shall bear their own attorney's fees and cost incurred in this action.

    IT IS HEREBY SO AGREED.

Dated: September 12, 2012

GORDON & REES LLP

By: /s/ George A. Acero
George A. Acero
Tara J. Gillman
Attorneys for Defendant
TUFF SHED, INC.

Dated: September 12, 2012

OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.

By:/s/ James T. Conley
James T. Conley
Attorneys for Defendant
HOME DEPOT U.S.A., INC.
(erroneously sued as The Home Depot USA, Inc.)

Dated: September 12, 2012

THE BISHOP LAW FIRM

By: /s/ William D. Bishop, Jr.
William D. Bishop, Jr.
Attorneys for Plaintiff
ALEJANDRO HERNANDEZ

    IT IS HEREBY SO ORDERED

Dated: 9/13/2012

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court
Eastern District of California